*Revised September 2025*

United States District Court for Western District of Tennessee
**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Case Title

| | |
|---|---|
| Plaintiff | Gloria Avalos |
| Defendant | FedEx Corporation |

| | | | |
|---|---|---|---|
| Case Number | 2:26-cv-02289 | Judge | Chief Judge Sheryl H. Lipman |

I, _Lynn A. Toops_ hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of _Plaintiff Gloria Avalos_ by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| "See Exhibit A" | |
| | |
| | |
| | |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

Page -1-

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name/Middle Initial | Bar/License Number |
|---|---|---|
| Toops | Lynn A. | IN Bar No. 26386-49 |

| Applicant's Firm Name |
|---|
| COHENMALAD, LLP |

| Applicant's Address | Room/Suite Number |
|---|---|
| One Indiana Square | Ste. 1400 |

| City | State | Zip Code |
|---|---|---|
| Indianapolis | Indiana | 46204 |

| Applicant's Email Address |
|---|
| ltoops@cohenmalad.com |

| Applicant's Phone Number(s) |
|---|
| (317) 636-6481 |

| Residence Address/P.O. Box | Apt |
|---|---|
| 6826 Windemere Drive | |

| City | State | Zip Code |
|---|---|---|
| Zionsville | Indiana | 46077 |

Certificate of Consultation

I hereby certify under Rule 5 of the Federal Rules of Civil Procedure that a true and exact copy of the foregoing Motion was served on the counsel of record via operation of the Court's electronic filing system

| Date | Electronic Signature of Applicant |
|---|---|
| March  30, 2026 | S/ Lynn A. Toops |

# SUPREME COURT OF
# THE STATE OF INDIANA



## *Certification*

**STATE OF INDIANA:**

I, Bradley W. Skolnik, Executive Director of the Office of Admissions and Continuing Legal Education, do hereby certify that

### LYNN ANTOINETTE TOOPS

is a member of the bar of the Supreme Court of Indiana since admission on _____ October 20, 2006 _____ , and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 30th day of March, 2026.



Bradley W. Skolnik
Executive Director
Office of Admissions and Continuing Education
Indiana Supreme Court

*United States District Court*

*For the Southern District of Indiana*



# CERTIFICATE OF GOOD STANDING

*I, Kristine L. Seufert, Clerk of the United States District Court for the Southern District of Indiana, do hereby certify that*

## LYNN A. TOOPS

*was duly admitted and qualified as an Attorney and Counselor of said Court on the 20th Day of October A.D., 2006, and is in good standing as a member of the bar of said Court.*

*Furthermore, no pending disciplinary action is on record.*

*Kristine L. Seufert*

*Clerk of the United States District Court*

By: *Daniel J. Habing*

*Deputy Clerk*

**Issued:** March 30, 2026